**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| FRANK ZAMPOGNA, | : No. 17 EAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| LAW ENFORCEMENT HEALTH | : |
| BENEFITS, INC., | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is hereby **GRANTED** on the following issues as stated by Petitioner:

a. Whether Courts may disregard the vital function of corporate self-governance by second-guessing the decisions of corporate directors and failing to provide the required deference to their decision simply because the court may not agree with the decision?

b. Whether a court may simply usurp the role of corporate directors by negating the presumption of good-faith to the decisions of directors required by law by simply asserting, without requiring any proof thereof, a conflict of interest by the directors?

c. Whether funds, whose original source was a public entity, retain their public character once the public entity distributes those funds to a private corporation in satisfaction of an obligation, and after the private corporation had retained those funds as corporate assets, and after that corporation utilized the corporate assets for a corporate purpose?